### JONES *v.* CANNADY.

GROVES, Justice. The exception here is to a judgment in the Superior Court of Fulton County on an appeal from the court of ordinary in a case involving an application for the appointment of an administrator, which does not come within the jurisdiction of this court (Code, Ann. Supp., § 2-3704); and there being no other question involved which would give this court jurisdiction, the case is

*Transferred to the Court of Appeals. Duckworth, Chief Justice, Atkinson, Presiding Justice, Wyatt, Head, and Candler, Justices, and Graham, Judge, concur.*

No. 16284. SEPTEMBER 14, 1948.

*Robert B. Blackburn, Gertrude Harris, S. T. Allen,* and *John H. Hudson,* for plaintiff.

*Walter A. Sims* and *Joseph S. Crespi,* for defendant.